IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LESLEY J. LOWE, ESQ., MARY
H. SMITH, ESQ., and MELANIE
CARVER, ESQ.,

        Plaintiffs,

  vs.                                         CIVIL NO.  10-315 JH/LFG

STATE OF NEW MEXICO ex rel.
GARY K. KING, Attorney General,
Individually, and in his official
capacity,

        Defendant.

## ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS

THIS MATTER is before the Court on Plaintiffs' Motion for Sanctions [Doc. 26]. No response is necessary.

For the reasons outlined in the Court's Memorandum Opinion and Order [Doc. 25], the Court concludes that Defendant's conduct was appropriate and not subject to sanctions.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Sanctions [Doc. 26] is denied.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge